JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE WC 36,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOE 1, a corporation; DOE 2, a corporation; DOE 3, a corporation sole; and DOES 4 to 100, Inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-02410-SRM-JDE<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT, DKT. [42]** |

　　　On April 30, 2025, the Parties filed a Joint Stipulation and Request to Stay Proceedings Pending Settlement. (Dkt. 42.) The parties state they have reached a settlement in principle following mediation on April 10, 2025. (*Id.* at 2.) The proposed settlement includes resolution of over one hundred claims, and the parties state they need additional time to finalize the terms of the agreement. (*Id.*) The parties agree that a stay is necessary to continue engaging in good-faith negotiations to finalize the agreement. (*Id.*)

　　　Having considered the Parties' Joint Stipulation and Request to Stay Proceedings Pending Settlement, the Court finds good cause and **GRANTS** the Parties Joint Stipulation and Request to Stay Proceedings Pending Settlement and **ORDERS** as follows:

　　　1. Pursuant to the stipulation of the parties, all proceedings are hereby stayed until

-2-

July 28, 2025.

    2. The following hearing dates and Court-ordered deadlines are **VACATED** pending final settlement:

- June 26, 2025 Hearing on Motion to Remand, (Dkt. 11).

3. The parties are ordered to file a joint status report on or before July 21, 2025.

**IT IS SO ORDERED.**

Dated: May 5, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE